IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN WINDER,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  No. 2:24-cv-02993-SHL-atc<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on pro se Plaintiff's Complaint (ECF No. 2), filed December 13, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report & Recommendation, Granting Motions to Dismiss, and Denying Motion to Recuse (ECF No. 30), filed September 24, 2025, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 25, 2025
Date